IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TOMER HERZOG and<br>DANIEL KLEINBERG, | §<br>§<br>§ | No. 160, 2021 |
| Defendants Below,<br>Appellants/Cross-Appellees, | §<br>§ | |
| v. | §<br>§<br>§ | Court Below: Court of Chancery<br>of the State of Delaware |
| GREAT HILL EQUITY PARTNERS<br>IV, LP, GREAT HILL INVESTORS<br>LLP, FREMONT HOLDCO, INC., and<br>BLUESNAP, INC. (F/K/A PLIMUS), | §<br>§<br>§<br>§ | C.A. No. 7906 |
| Plaintiffs Below,<br>Appellees/Cross-Appellants. | §<br>§<br>§ | |

Submitted: December 1, 2021
Decided: December 20, 2021

Before **VALIHURA**, **VAUGHN** and **TRAYNOR**, Justices.

## **O R D E R**

Now this 20th day of December 2021, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Order dated December 31, 2020, and its Amended Final Order and Judgment dated April 22, 2021;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice